IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND H. DENTON,

    Petitioner,                      No. CIV S-03-1558 DFL JFM P

    vs.

SILVIA GARCIA, Warden,

    Respondent.                  ORDER

_____/

        Respondent has requested an extension of time to file a response to petitioner's amended petition for writ of habeas corpus pursuant to the court's order of February 17, 2005. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Respondent's March 30, 2005 request for an extension of time is granted; and

        2. Respondent's response to petitioner's amended petition shall be filed and served on or before May 2, 2005.

DATED: April 22, 2005.

                                                  UNITED STATES MAGISTRATE JUDGE

12;dent1558.136