IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RAYMOND H. DENTON, JR.** | CIV-S-03-1558 DFL JFM P |
| Petitioner, | |
| v. | **ORDER GRANTING ENLARGEMENT OF TIME** |
| **SILVIA GARCIA, Warden,** | |
| Respondent. | |

GOOD CAUSE appearing, IT IS HEREBY ORDERED THAT:

1. Respondent's March 30, 2006 application for an extension of time is granted;

2. Respondent's Answer to Petitioner's Petition for Writ of Habeas corpus shall be filed and served on or before May3, 2006; and

3. Petitioner's traverse shall be filed and served not later than thirty days thereafter.

Dated: April 7, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

12/dent1558.ext

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28