IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RAYMOND H. DENTON, JR.**<br><br>　　　　　　　　　　　　Petitioner,<br><br>　　v.<br><br>**SILVIA GARCIA, Warden,**<br><br>　　　　　　　　　　　　Respondent. | CIV-S-03-1558 DFL JFM P<br><br>**ORDER GRANTING<br>ENLARGEMENT OF TIME** |

GOOD CAUSE appearing, IT IS HEREBY ORDERED THAT Respondent's Answer to Petitioner's Petition for Writ of Habeas corpus be filed on or before June 2, 2006.

Dated: May 9, 2006.

_____
UNITED STATES MAGISTRATE JUDGE