IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RAYMOND H. DENTON, JR.** | CIV-S-03-1558 DFL JFM P |
| Petitioner, | |
| v. | **ORDER GRANTING ENLARGEMENT OF TIME** |
| **SILVIA GARCIA, Warden,** | |
| Respondent. | |

GOOD CAUSE appearing, IT IS HEREBY ORDERED THAT Respondent's Answer to Petitioner's Petition for Writ of Habeas corpus be filed on or before July 3, 2006.

Dated: May 31, 2006.

UNITED STATES MAGISTRATE JUDGE

/dent1558.ext4