IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND H. DENTON,

    Petitioner,               No. CIV S-03-1558 DFL JFM P

    vs.

SILVIA GARCIA, Warden,

    Respondent.          ORDER

                             /

        Petitioner has requested an extension of time to file and serve a traverse. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's July 17, 2006 request for an extension of time is granted; and

        2. Petitioner shall file and serve a traverse on or before September 6, 2006.

DATED: July 31, 2006.

                                          UNITED STATES MAGISTRATE JUDGE

/mp
dent1558.111