IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND H. DENTON, JR.,

    Petitioner,                     No. CIV S-03-1558 RRB JFM P

    vs.

SILVIA GARCIA, Warden,

    Respondent.                ORDER

_____/

    Petitioner has requested an extension of time to file and serve objections to the October 11, 2007 findings and recommendations.  Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's October 22, 2007 request for an extension of time is granted; and

    2. Petitioner shall file and serve objections to the October 11, 2007 findings and recommendations on or before November 30, 2007.

DATED: October 30, 2007.

                                              UNITED STATES MAGISTRATE JUDGE

/mp
dent1558.111(2)