**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAYMOND H. DENTON, JR., | |
|     Petitioner, | No. 2:03-CV-1558-RRB-JFM-P |
| vs. | |
| SILVIA GARCIA, Warden, | **ORDER** |
|     Respondent. | |

       Petitioner Raymond H. Denton, Jr. ("Petitioner"), a state prisoner filing pro se, has filed this application for a writ or habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

       On October 11, 2007, Magistrate Judge John F. Moulds filed Findings & Recommendations (Docket 57) herein, which were served on all parties and which contained notice to all parties that any objections to the same were to be filed within twenty

ORDER REGARDING PLAINTIFF'S PENDING MOTIONS - 1
2:03-CV-1558-RRB-JFM-P

days.  Plaintiff has filed objections to the findings and recommendations at Docket 61.[1]

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, the Court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, **IT IS HEREBY ORDERED** that:

1.   The Findings and Recommendations at **Docket 57**, filed on October 11, 2007, are adopted in full;

2.   Petitioner's Motion for DNA Testing at **Docket 62,** as well as any and/or all remaining motion(s), is/are **DENIED**; and

3.   Petitioner's application for writ of habeas corpus is **DENIED**.

Consequently, this matter is now **CLOSED** and he Clerk of Court is kindly requested to proceed accordingly.

**ENTERED** this 17th day of December, 2007.

S/RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE

---

[1] With his objections, Petitioner filed a Motion for DNA Testing at **Docket 62**.  The Motion is **DENIED**.  Indeed, the Court finds the motion to be non-responsive given the scope of the Magistrate's Findings and Recommendations at Docket 57; and, untimely.

ORDER REGARDING PLAINTIFF'S PENDING MOTIONS - 2
2:03-CV-1558-RRB-JFM-P